## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STATE OF DELAWARE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Cr. ID. No. 82002234DI |
| BRUCE J. CARR, | ) | |
| | ) | |
| Defendant. | ) | |

Submitted: September 26, 2017
Decided: November 27, 2017

Upon Commissioner's Report and Recommendation
That Defendant's Motion for Postconviction Relief
Should Be Summarily Dismissed

**ADOPTED**

**<u>ORDER</u>**

This 27th day of November, 2017, the Court has considered the Commissioner's Report and Recommendation, Defendant's Motion for Postconviction Relief, and the relevant proceedings below.

On September 11, 2017, Defendant Bruce J. Carr filed this *pro se* motion for postconviction relief. The motion was referred to a Superior Court Commissioner in accordance with 10 *Del. C.* § 512(b) and Superior Court Criminal Rule 62 for proposed findings of fact and conclusions of law. The Commissioner issued the Report and Recommendation on September 26, 2017. The Commissioner

recommended that Defendant's Motion for Postconviction Relief be summarily dismissed. No objections to the Report have been filed.

The Court holds that the Commissioner's Report and Recommendations dated September 26, 2017 should be adopted for the reasons set forth therein. The Commissioner's findings are not clearly erroneous, are not contrary to law, and are not an abuse of discretion.[1]

**THEREFORE**, after careful and *de novo* review of the record in this action, the Court hereby adopts the Commissioner's Report and Recommendation in its entirety. Defendant's Motion for Postconviction Relief is hereby **DENIED**.

**IT IS SO ORDERED.**

The Honorable Mary M. Johnston

---

[1] Super. Ct. Crim. R. 62(a)(4)(iv).